IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CASE NUMBER 1:96-CR-18 (MJT) |
| v. | § |
| | § |
| | § |
| LARRY EARL PAGAN | § |
| | § |

### ORDER OVERRULING OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO RECONSIDER RESTITUTION

The Court referred Defendant, Larry Earl Pagan's, *Pro Se Motion for Reconsideration of Court Ordered Restitution* (Doc. Nos. 65). After review and consideration, Judge Hawthorn issued a report and recommendation denying Pagan's motion. (Doc. No. 75.)

Pagan filed *pro se* objections to the report and recommendation. (Doc. No. 82.) The Court conducted a *de novo* review of Pagan's motion, objections, and the applicable law. The Court concludes that Pagan failed to demonstrate grounds for reconsideration of the court-ordered restitution, and that he is not entitled to relief for the reasons explained in Judge Hawthorn's Report and Recommendation.

The Court finds the objections have no merit and that Judge Hawthorn's findings are correct. Accordingly, the Court **OVERRULES** the Defendant's Objections (Doc. No. 82), **ACCEPTS** Judge Hawthorn's report and recommendation (Doc. No. 75), and **DENIES** the Defendant's Motion for Reconsideration of Court Ordered Restitution (Doc. No. 65). Furthermore, Pagan's *Pro Se Motion for Extension of Time for File Objections* (Doc. No. 81) is **DENIED as MOOT.**

**SIGNED this 23rd day of August, 2022.**

_____
Michael J. Truncale
United States District Judge